ACCEPTED
15-24-00091-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/4/2025 10:54 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/4/2025 10:54:57 AM
CHRISTOPHER A. PRINE
Clerk



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

February 4, 2024

Christopher A. Prine                                                    *via E-Filing*
Clerk of the Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:     *In re Office of the Attorney General of the State of Texas*
        No. 15-24-00091-CV

Dear Mr. Prine:

    Please be advised that the undersigned counsel, Johnathan Stone, will present oral argument for Appellate Office of the Attorney General in the above-referenced case.

                        Sincerely,

                        */s/ Johnathan Stone*

                        JOHNATHAN STONE
                        Division Chief, Consumer Protection Division
                        Ph. (512) 936-2613
                        Email: Johnathan.Stone@oag.texas.gov

cc:     Counsel of Record, *via E-Filing*

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pauline Sisson on behalf of Johnathan Stone
Bar No. 24071779
pauline.sisson@oag.texas.gov
Envelope ID: 96952903
Filing Code Description: Letter
Filing Description: 20250204 Stone Ltr re_Oral Argument
Status as of 2/4/2025 11:15 AM CST

Associated Case Party: Catholic Charities of the Rio Grande Valley

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David Garza | 7731400 | dgarza@garzaandgarza.com | 2/4/2025 10:54:57 AM | SENT |
| Joseph Mead | | jm3468@georgetown.edu | 2/4/2025 10:54:57 AM | SENT |
| William Powell | | whp25@georgetown.edu | 2/4/2025 10:54:57 AM | SENT |
| Seth Wayne | | sw1098@georgetown.edu | 2/4/2025 10:54:57 AM | SENT |
| Ben Gifford | | bg720@georgetown.edu | 2/4/2025 10:54:57 AM | ERROR |

Associated Case Party: J.R."Bobby"Flores

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cecilia Paz | | cecilia.paz@co.hidalgo.tx.us | 2/4/2025 10:54:57 AM | SENT |

Associated Case Party: Office of the Attorney General

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 2/4/2025 10:54:57 AM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 2/4/2025 10:54:57 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 2/4/2025 10:54:57 AM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 2/4/2025 10:54:57 AM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 2/4/2025 10:54:57 AM | SENT |